IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
TRENTON VICINAGE

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, | ) ) ) ) No. 12-CV-5087 |
| Plaintiff, | ) **JOINT STIPULATION OF DISMISSAL** |
| v. | ) **WITH PREJUDICE** ) |
| FORMEDIC COMMUNICATIONS LTD. and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

Plaintiff, PHYSICIANS HEALTHSOURCE, INC., and Defendants, FORMEDIC COMMUNICATIONS LTD., pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the dismissal of Plaintiff's individual claims with prejudice and without taxation of costs. Rule 23(e) does not apply because no class was certified. Putative class claims are dismissed without prejudice.

_/s/ Brian J. Wanca_
Brian J. Wanca
Anderson + Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL 60008
bwanca@andersonwanca.com
Telephone: 847-368-1500

_/s/ William R. Connelly_
William R. Connelly
William R. Connelly, LLC
7 W. Main Street
Mendham, NJ 07945
wconnelly@connellylaw.net
Telephone: 973-543-5301