## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## TRENTON VICINAGE

| | |
|---|---|
| PHYSICIANS HEALTHSOURCE, INC., an Ohio corporation, individually and as the representative of a class of similarly-situated persons, ) ) ) ) ) | |
| ) | No. 12-CV-5087 |
| Plaintiff, ) ) | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. ) ) | |
| FORMEDIC COMMUNICATIONS LTD. and JOHN DOES 1-10, ) ) | |
| Defendants. ) | |

Plaintiff, PHYSICIANS HEALTHSOURCE, INC., and Defendants, FORMEDIC

COMMUNICATIONS LTD., pursuant to Rule 41(a)(1)(A)(ii), hereby stipulate to the

dismissal of Plaintiff's individual claims with prejudice and without taxation of costs.  Rule

23(e) does not apply because no class was certified.  Putative class claims are dismissed

without prejudice.

Brian J. Wanca
Anderson + Wanca
3701 Algonquin Road, Suite 760
Rolling Meadows, IL  60008
bwanca@andersonwanca.com
Telephone: 847-368-1500

William R. Connelly
William R. Connelly, LLC
7 W. Main Street
Mendham, NJ  07945
wconnelly@connellylaw.net
Telephone: 973-543-5301

IT IS SO ORDERED: